

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01063-CR

Maria Luisa **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR6445
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: January 24, 2024

DISMISSED FOR LACK OF JURISDICTION

Pursuant to a plea bargain, appellant was placed on deferred adjudication community supervision in August 2022. On August 29, 2023, the trial court signed an "Order Amending Conditions of Community Supervision." On December 1, 2023, appellant filed a pro se notice of appeal, appearing to appeal the trial court's order amending the conditions of community supervision. However, this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Davis v. State*, 195 S.W.3d

708, 710-11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

Based on the foregoing, we ordered appellant to show cause in writing no later than January 10, 2024 why this appeal should not be dismissed for lack of jurisdiction. On that day, appellant's appointed counsel responded, explaining he could find "no certified right of appeal for appellant" and this court "must dismiss this attempted appeal."

Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH